UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. BUZON, *et al.*, | No. C-11-3141 EMC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| WORLD SAVINGS BANK, FSB, *et al.*, | |
| Defendants. | |

On October 21, 2011, the Court granted Defendants' motion to dismiss the complaint as to all Defendants with leave to amend. Docket No. 13. Plaintiffs were given leave to file an amended complaint within thirty days of the date of that order. No amended complaint has been filed. Accordingly, the Court hereby dismisses the complaint with prejudice as to all Defendants. The Clerk is instructed to enter judgment and close the file.

IT IS SO ORDERED.

Dated: November 29, 2011

_____
EDWARD M. CHEN
United States District Judge