UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. BUZON, *et al.*, | No. C-11-3141 EMC |
| Plaintiffs, | |
| v. | **ORDER RE DECEMBER 6 LETTER** |
| WORLD SAVINGS BANK, FSB, *et al.*, | **(Docket No. 18)** |
| Defendants. | |
| _____/ | |

The Court is in receipt of Plaintiffs' Letter filed on December 6, 2011. Docket No. 18. Although the letter is unintelligible, the Court construes it as a motion for reconsideration of the Court's prior Order dismissing Plaintiffs' complaint with prejudice. Docket No. 16. This interpretation is supported by Plaintiffs' attachment of the Court's order with the notation "wrong jurisdiction." *See* Docket No. 18 at 5. The Court finds that this motion presents no basis for relief because it fails to identify any mistake the Court has made, any newly discovered evidence or fraud, or any other reason that would justify relief under Federal Rule of Civil Procedure 60(b) or Civil Local Rule 7-9. Accordingly, the Court DENIES the motion.

This order disposes of Docket No. 18.

IT IS SO ORDERED.

Dated: December 19, 2011

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L BUZON et al, | Case Number: CV11-03141 EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WORLD SAVINGS BANK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander L. Buzon
3090 Dublin Drive
South San Francisco, CA 94080

Erlinda T. Buzon
3090 Dublin Drive
South San Francisco, CA 94080

Dated: December 19, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk